NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNDERWOOD LIVESTOCK, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5072

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-162, Judge Mary Ellen Coster Williams.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

### ORDER

Underwood Livestock, Inc. moves for (1) reconsideration of the court's June 30, 2010 order dismissing its appeal for failure to file a brief, (2) leave to file a supplemental appendix containing the United States Court of Federal Claims' docket sheet, with supplemental appendix attached, and (3) an extension of time to file its reply brief, with reply brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the mandate is recalled, and the appeal is reinstated.

FOR THE COURT

OCT 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Martin G. Crowley, Esq.
    Kurt G. Kastorf, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK